UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

NORMAN WASHINGTON,

            Defendant.

ORDER

S2 22 Cr. 45 (PGG)

    Upon the application of the United States of America, by Assistant United States Attorney Mitzi Steiner, it is hereby ORDERED that the Indictment in this matter, S2 22 Cr. 45 (PGG), be unsealed.

Dated:   New York, New York
           January 11, 2023

HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE