UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - against - | **ORDER** |
| NORMAN WASHINGTON, | 22 Cr. 45 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

The conference scheduled for May 16, 2023, is adjourned to **July 19, 2023 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the Defendant, by and through his counsel, Patricia A. Pileggi, it is further ordered that the time between May 16, 2023 and July 19, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow defense counsel to continue reviewing voluminous discovery and procure and prepare the Defendant's educational and medical records.

Dated: New York, New York
       May 15, 2023

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge