UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NORMAN WASHINGTON,

          Defendant.

**ORDER**

22 Cr. 45 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at today's hearing, there will be a bail review hearing in this matter on **August 30, 2023 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Government will submit a letter by **August 18, 2023**, stating whether it wishes to proceed to a hearing, or whether an agreement as to continued bail pending sentencing has been reached by the parties.

      It is further ORDERED that the conditions of Defendant's bail are modified to provide for home detention – except to attend outpatient mental health treatment appointments as approved by Pretrial Services – enforced by electronic monitoring.

      All other conditions of Defendant's release remain in place.

Dated: New York, New York
       August 16, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge