

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 18, 2023

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Norman Washington*, S2 22 Cr. 45 (PGG)

Dear Judge Gardephe:

    The Government respectfully writes pursuant to the Court's August 16, 2023 Order (Dkt. No. 68) to inform the Court that it intends to proceed to a bail hearing in this matter. The Government also requests on behalf of the parties that the hearing, which is currently scheduled for August 30, 2023 at 4:00 pm, be adjourned to September 8 at noon.

    The Government remains available to answer any further questions of the Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s/_____
Mitzi S. Steiner
Assistant United States Attorney
(212) 637-2284

**MEMO ENDORSED: The bail revocation hearing scheduled for August 30, 2023 is adjourned to September 8, 2023 at 10:00 a.m.**

SO ORDERED.

*[signature]*
_____
Paul G. Gardephe
United States District Judge
Date: August 24, 2023