UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

NORMAN WASHINGTON,

Defendant.

**ORDER**

22 Cr. 45 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing scheduled for January 22, 2024, is adjourned to **February 9, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 8, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge